# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DEBRA LUGO MALARET, et al. | * |
| Plaintiffs | * |
| v. | * Civil No. 02-1798(SEC) |
| NANCY MARIN DE PAGAN, et al. | * |
| Defendants | * |

## ORDER

On December 21, 2005 counsel for Plaintiffs requested that the Court allow them to withdraw as Plaintiffs' legal representation and grant Plaintiffs time to appear with new legal representation (Docket # 144). The Court granted said request and instructed Plaintiffs to appear with new legal representation by February 3, 2006 (Docket # 145). Said order was notified to Plaintiffs on that same day. However, to date, Plaintiffs have failed to comply with the Court's order, failing to announce new legal representation for the conclusion of the proceedings in this case, including trial which is set to begin on June 19, 2006. As such, the Court cannot ascertain whether Plaintiffs continue to have an interest in the litigation of their claims. Therefore, Plaintiffs are hereby **ORDERED** to announce new legal representation by **February 17, 2006** or, alternatively, to file *pro se* motions by that same date informing the Court whether or not they continue to have an interest in their claims against Defendants. Failure to comply with this order will result in the dismissal with prejudice of all of Plaintiffs' claims against Defendants. The Clerk of the Court is instructed to notify this order to Plaintiffs at their addresses of record and to Attorneys Landrau, Aldarondo and Aliff. Attorneys Landrau, Aldarondo and Aliff are also instructed to notify Plaintiffs of this order.

**SO ORDERED.**
In San Juan, Puerto Rico, this 6th day of February, 2006.

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge